IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                      NO. 4:14cr00194-01 JM

ANDREA MOORE                                                                                  DEFENDANT

### ORDER

Pending before the Court is the government's motion for revocation of supervised release of defendant Andrea Moore. (Docket Entry #3). The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled for **THURSDAY, MARCH 19, 2015, at 10:30 A.M.**, in Courtroom #4-A, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **ANDREA MOORE** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Kim Driggers is hereby appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 11th day of March, 2015.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE